Pam Bassel
CHAPTER 13 STANDING TRUSTEE
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>**Karia Adams III**<br>**Kim Michelle Adams**<br><br>Debtors | Case No.: 19-40872-MXM<br><br>Chapter 13<br><br>Hearing Date: 09/19/2019 at 8:30 am |

**NOTICE OF CONTINUED HEARING ON MOTION TO DISMISS FOR FAILURE TO CONFIRM**

A hearing was previously scheduled in this matter and has been continued. Notice is hereby given that the hearing will be continued to 9/19/2019   8:30:00AM.

This matter will be called at the docket call to be held at 8:30 AM

United States Bankruptcy Court
501 W 10th Street Rm 128
Fort Worth, TX 76102

Dated:  August 16, 2019                                      /s/ Pam Bassel

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors; Debtors' attorney; the Office of the United States Trustee for the Northern District of Texas and all parties who requested notice, on the same date it was filed.

/s/ Pam Bassel
Pam Bassel, Chapter 13 Trustee
State Bar No.  01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770