

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 23, 2019

*Mark X. Mullin*
**United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  CASE NO.: 19-40872-MXM

**Karia Adams III**
AKA: "Trey" Adams
3900 Blue Pond Cir
Fort Worth, TX 76123
SSN/TIN: XXX-XX-8348

**Kim Michelle Adams**
3900 Blue Pond Cir
Fort Worth, TX 76123
SSN/TIN: XXX-XX-4446

**ORDER DENYING CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN AND MOTION FOR VALUATION**

Came on for consideration Confirmation of the Debtors' Chapter 13 Plan and Motion for Valuation ("Plan") filed on or about March 03, 2019. The Court finds that notice was and is appropriate under the circumstances. The Court is of the opinion that confirmation should be DENIED based on:

The Parties' announcement of no opposition at or prior to docket call.

IT IS THEREFORE ORDERED that confirmation of the Debtors' Plan is DENIED.

### # # END OF ORDER # # #